IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:13CR89-FDW-2 |
| | ) | |
| v. | ) | |
| | ) | **ORDER UNSEALING CASE** |
| | ) | **DOCUMENTS** |
| (2) BUBALA ELONGOVAN | ) | |

THIS MATTER comes before this Court upon Motion of the United States to unseal the documents in this case. Because the reason for sealing them no longer exists, it is hereby ORDERED that the documents in this case be UNSEALED.

SO ORDERED this 20th day of May, 2013.

_____
DAVID C. KEESLER
United States Magistrate Judge